Steven M. GRIGGS, Petitioner–
Appellant,

v.

L.E. FLEMING, Warden, Federal
Medical Center–Fort Worth,
Respondent–Appellee.

No. 03–10727.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 13, 2004.

Before BARKSDALE, EMILIO M.
GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

Stephen M. Griggs, federal prisoner
# 22276–044, challenges the dismissal for
failure to state a claim of his 28 U.S.C.
§ 2241 habeas petition seeking immediate
release, renewing his argument that Presi-
dent Clinton intended to grant him clem-
ency. He urges that, because President
Clinton allegedly wrote a note evidencing
an intent to pardon him, the fact that he
was not actually pardoned shows that the
clemency process was somehow adulterat-
ed, which violated his constitutional rights,
specifically, his right to due process.
Griggs additionally contends that further

fact finding is required to determine why
the President's intention was frustrated
and urges that dismissal prior to discovery
was thus inappropriate.

This court reviews de novo a district
court's dismissal of a § 2241 petition on
the pleadings. See Kinder v. Purdy, 222
F.3d 209, 212 (5th Cir.2000). To obtain
federal habeas relief, a petitioner must
show a federal constitutional violation. 28
U.S.C. § 2241(c)(3). Griggs has made no
such showing. As he apparently concedes,
Griggs has not actually received a Presi-
dential pardon, and he has no constitution-
al right to such pardon. See Connecticut
Bd. of Pardons v. Dumschat, 452 U.S. 458,
464–67, 101 S.Ct. 2460, 69 L.Ed.2d 158
(1981); see also 28 C.F.R. § 1.11. Because
Griggs had no constitutional right to a
Presidential pardon, he was not entitled to
due process in connection with the proce-
dure by which his petition for a pardon
was considered. See id. Griggs cites no
relevant authority to the contrary. His
argument that discovery was required pri-
or to dismissal is unpersuasive because the
issue on which he sought discovery, the
reason why President Clinton did not par-
don him, is irrelevant. The district court's
judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.